■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM R. BOND, Appellant.— It appearing that a copy of the order appealed from has not been duly served with notice of entry thereof, the application for permission to proceed as a poor person is denied as premature, without prejudice to a further application after compliance with the provisions of section 521 of the Code of Criminal Procedure. Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.

■ In the Matter of the Accounting of FIRST-CITY NATIONAL BANK OF BINGHAMTON, NEW YORK, as Trustee of Trusts Created by HENRY C. F. STAUNTON and Another, Respondent. JOHN J. STAUNTON et al., Appellants.— Motion for admission *pro hac vice,* and for extension of time to perfect appeal denied, without costs. So far as appears from the papers, no appeal is properly before us. (See CPLR 5511; *Burn* v. *Coyle,* 258 App. Div. 618, affd. 284 N. Y. 789.) Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.

■ In the Matter of the Claim of IRWIN LIEBERMAN, Respondent, v. TORGINOL OF AMERICA, INC., Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Application for an appointment of an attorney and counselor at law to represent claimant-respondent on an appeal from a decision of the Appeal Board granted; and Leon M. Layden, Esq., of Hudson Falls assigned for that purpose (Labor Law, § 538). Gibson, P. J., Herlihy, Reynolds, Aulisi and Hamm, JJ., concur.